IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00278-WDM-PAC

BENAD ABIODUN,

      Applicant,

v.

ALBERTO GONZALES,

      Respondent,

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

      IT IS HEREBY **ORDERED** that Applicant's Motion to Amend Complaint (Doc. #7), filed March 5, 2007, is **GRANTED**.

      The tendered Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2241, attached to Applicant's Motion, shall be filed this date.  It is

      FURTHER **ORDERED** that Respondent's response to the court's Order to Show Cause, filed February 28, 2007, is due **on or before April 13, 2007.**

Dated: March 12, 2007.