IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00278-MEH-PAC

BENAD ABIODUN,

    Petitioner,

v.

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

    Respondent.

## ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

Respondent's opposed Motion to Vacate Stay [Filed June 27, 2007; Docket #37] is **granted**. Currently, a stay in this case has prevented Petitioner from being deported, and he is, therefore, being detained during the pendency of this case. The Court recently dismissed the majority of Petitioner's claims because they have been previously adjudicated on numerous occasions. Now that the only issue remaining in this case is the constitutionality of Respondent's indefinite detention of Petitioner, a stay is no longer appropriate. Accordingly, the stay entered February 27, 2007, is hereby **lifted**.

Dated at Denver, Colorado this 28th day of June, 2007.

                          BY THE COURT:

                          s/ Michael E. Hegarty
                          Michael E. Hegarty
                          United States Magistrate Judge