IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00278-MEH-PAC

BENAD ABIODUN,

       Applicant,

v.

ALBERTO R. GONZALES,

       Respondent.

ORDER TO CURE DEFICIENCY

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 29, 2007.**

       Applicant submitted a Motion for a Judicial Review of District Court's Partial Ruling which is now being treated as a Misdirected Notice of Appeal on June 27, 2007. The court has determined that the document is deficient as described in this order. Applicant will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      __ X __ is not submitted

**(B)**   **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action**:

      __ X __ is not submitted
      _____ is missing affidavit
      _____ is missing required financial information
      _____ is missing an original signature by the prisoner
      _____ is not on proper form (must use the court's current form
      _____ other

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Applicant, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action. It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 29th day of June, 2007.

BY THE COURT:

Michael E. Hegarty
MAGISTRATE JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO