IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00278-MEH-PAC

BENAD ABIODUN,

    Petitioner,

v.

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

    Respondent.

## ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 5, 2007.**

On June 21, 2007, the Court dismissed all claims in this case except a claim for indefinite detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001). The Court directed that the government brief this issue on or before July 2, 2007. On June 29, 2007, Petitioner filed a motion seeking his release under an indefinite detention theory. On July 2, 2007, Respondent filed his Reply to Motion to Dismiss in which he addressed the issue of indefinite detention, both the allegations made in Petitioner's response to the motion to dismiss and in Petitioner's June 29, 2007 motion. The Court believes that it needs two documents that are customarily submitted by the government in cases such as this, prior to a definitive ruling on the issue of indefinite detention. First, although the government submitted several documents demonstrating Petitioner's refusal to cooperate in obtaining travel documents and/or Nigerian citizenship documents, the Court believes that a more appropriate form of submitting this evidence would be a declaration describing all such instances of non-cooperation and attaching any supporting documents. Second, it is customary in these cases to submit a declaration from immigration and/or State Department officials concerning the likelihood and timing of repatriation to Nigeria if Petitioner cooperates. The Court requests that the government submit

2

these documents and any supporting attachments on or before **July 16, 2007**.

Dated at Denver, Colorado this 5th day of July, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge
