IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00278-MEH-PAC

BENAD ABIODUN,

    Petitioner,

v.

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL, *et al.*,

    Respondents.

## ORDER ON RESPONDENTS' MOTION TO DISMISS
## AND PETITIONER'S REQUEST FOR RELIEF

On June 21, 2007, the Court dismissed all claims in this case with the exception of Petitioner's claim for indefinite detention under the authority of *Zadvydas v. Davis*, 533 U.S. 678 (2001). The Court did not believe that this issue had been adequately briefed by the United States. Respondent has now submitted documentation establishing that Petitioner's removal is imminent, to be accomplished within a month. Dock. #58. Thus, Petitioner's claim for indefinite detention fails. Therefore, Petitioner's Motion to Request for Relief [Filed June 29, 2007; Docket #44] is **denied**, and this case is **dismissed** in its entirety.

Dated at Denver, Colorado this 23rd day of July, 2007.

                            BY THE COURT:

                            s/ Michael E. Hegarty
                            Michael E. Hegarty
                            United States Magistrate Judge